# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CORTLAND LINE HOLDINGS, LLC, *et al.*,

    Plaintiffs,

v.

MASTER NYMPH, LLC,

    Defendant.

_____

Underlying Case: *Cortland Line Holdings LLC, et al. v. Jason Lieverst*, Case No. 5:18-cv-0307TJM/DEP (N.D.N.Y.).

No. MC19-0170RSL

ORDER

This matter comes before the Court on a motion to compel filed by the plaintiffs in the underlying antitrust litigation pending in the United States District Court for the Northern District of New York. Dkt. # 1. The target of the subpoena, Master Nymph, LLC, has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 14th day of January, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1